**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00728-LTB-MEH

MARCELLA CAWIEZELL and
CHARLES CAWIEZELL,

       Plaintiffs,

v.

DAIMLERCHRYSLER MOTORS COMPANY, LLC;
DAIMLERCHRYSLER CORPORATION;
DAIMLERCHRYSLER MOTORS CORPORATION;
CHRYSLER MOTORS CORPORATION;
CHRYSLER CORPORATION,

       Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion to Amend Caption (Doc 17 - filed September 13, 2007) is **GRANTED**.  The caption of the within case is amended to read as follows:

    Case No.  07-cv-00728-LTB-MEH

    MARCELLA CAWIEZELL and
    CHARLES CAWIEZELL,
        Plaintiffs,

    vs.

    CHRYSLER L.L.C.,
        Defendant.

Dated:  September 17, 2007
___