IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00728-LTB-MEH

MARCELLA CAWIEZELL and
CHARLES CAWIEZELL,

      Plaintiff,

v.

DAIMLERCHRYSLER MOTORS COMPANY, LLC,
DAIMLERCHRYSLER CORPORATION,
DAIMLERCHRYSLER MOTORS CORPORATION,
CHRYSLER MOTORS CORPORATION, and
CHRYSLER CORPORATION,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2007.**

The Stipulated Motion for Entry of Protective Order [filed November 27, 2007; doc #28] is **granted**. The Stipulated Protected Order in this matter is filed contemporaneously with this minute order.