# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00728-LTB-MEH

MARCELLA CAWIEZELL and
CHARLES CAWIEZELL,

        Plaintiffs,

v.

DAIMLERCHRYSLER MOTORS COMPANY, LLC;
DAIMLERCHRYSLER CORPORATION;
DAIMLERCHRYSLER MOTORS CORPORATION;
CHRYSLER MOTORS CORPORATION;
CHYRSLER CORPORATIONS,

        Defendants.

---

## STIPULATED PROTECTIVE ORDER

It is hereby stipulated and agreed by and between the respective parties hereto and their counsel, and ordered by the Court, that materials and information produced by Defendant Chrysler LLC (formerly Chrysler Company LLC, formerly DaimlerChrysler Corporation) in this matter for discovery and inspection are subject to the following terms, restrictions and conditions:

1.      In responding to written discovery, Chrysler LLC may designate as confidential any portion of its responses or documents produced that it believes in good faith contain trade secrets or other confidential research, development, or commercial information or that is otherwise considered confidential under applicable law. Testimony and other information based upon documents so designated shall be considered confidential and subject to this protective order. Information that is available to the public shall not be designated confidential.

2.     In the event that any party to this agreement disagrees with Chrysler LLC's designation of any item as confidential and subject to this protective order, that party shall send a written notice to counsel of record for Chrysler LLC specifying the item(s) in question. If an agreement cannot be reached concerning the confidentiality of the item(s), Chrysler LLC shall timely file a motion with the Court seeking a determination that the item(s) is in fact subject to this protective order. The burden is on Chrysler LLC to establish that the item(s) is subject to this protective order. Any item(s) in dispute shall continue to be treated as confidential and subject to this protective order until such time as the Court rules that it is not.

3.     Any documents or information subject to this protective order shall be disclosed only to counsel of record in this action, or only to individuals certified by such counsel as employed by or assisting counsel in preparation for, or at the trial of, this action.

4.     Any documents or information subject to this protective order shall be used only for the purpose of prosecuting this action.

5.     Any person or firm to whom such documents or information contained therein is to be disclosed shall first be advised by counsel making the disclosure that, pursuant to this protective order, such person or firm may not divulge any such information to any other person.

6.     In the event that any document or the information contained therein is included with, or the contents thereof are in any way disclosed, in any pleading, motion or other paper filed with the Clerk of this Court, such confidential document or information shall be kept confidential and under seal by the Clerk until further order of

the Court.  Upon good cause shown, the Court may order that the use of any such document or of information contained therein and any testimony associated with the confidential information contained therein shall be held *in camera*.

7.     The production of such documents or information by Chrysler LLC shall not constitute a waiver of any privilege or other claim or right of withholding or confidentiality that it may have.

8.     Upon the termination of this action, all copies of documents subject to this protective order that are furnished by Chrysler LLC to Plaintiffs or any other party to this action, together with all originals and copies of notes, sketches, data, compilations, extracts, and reproductions furnished by Chrysler LLC, shall be returned to counsel for Chrysler LLC, together with a letter that all documents and copies of such documents that were provided by Chrysler LLC have been returned to Chrysler LLC.  In the event that a third party retains copies in violation of this protective order, opposing counsel will provide counsel for Chrysler LLC with the name and address of all such third parties.

ENTERED this 29th day of November, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
United States Magistrate Judge


**STIPULATED AND AGREED TO**:

Attorney for Plaintiffs                          Attorney for Defendant Chrysler LLC


By: s/Haydn Winston                          By:     s/Darin James Lang