**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00728-LTB-MEH

MARCELLA CAWIEZELL and
CHARLES CAWIEZELL,

      Plaintiffs,

v.

CHRYSLER LLC,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulated Motion for Dismissal

With Prejudice (Doc 33 - filed February 26, 2008), and the Court being fully advised in the

premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


                        BY THE COURT:


                        ___s/Lewis T. Babcock_____
                        Lewis T. Babcock, Judge

DATED:  February 27, 2008